IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

YVONNE COX,

    Plaintiff,

v.                                                       CASE NO. 1:11-cv-00146-MP-GRJ

ENHANCED RECOVERY CORPORATION,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, plaintiff's Notice of Settlement. In the notice, the plaintiff indicates that a settlement has been reached as to all claims. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The plaintiff's complaint is dismissed with prejudice and this case is closed.

2. The Court will retain jurisdiction for 60 days, however, to ensure that settlement is effected.

**DONE AND ORDERED** this *13th* day of September, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge